## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| **Michael Dean Poulos** | 16-23335 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #47)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 26, 2017.

Dated: October 26, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Michael Dean Poulos,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
 ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Denise A Delaurent**  USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Daniel K Robin**  danatlaw@aol.com
- **Todd J Ruchman**  amps@manleydeas.com
- **Arthur W Rummler**  arthur.rummler@gmail.com, artrummler@juno.com

## MANUAL SERVICE LIST

**Michael Dean Poulos**
1539 CORAL DRIVE
YORKVILLE, IL  60560

**Associated Bank**
1305 Main St.
Stevens Point, Wi 54481

**Valley Ambulatory Surgery Center**
2210 Dean Street
Saint Charles, Il 60175