UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Michael Dean Poulos | § | Case No. 16-23335 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 274,568.95                                    Assets Exempt: 108,150.82
*(Without deducting any secured claims)*

Total Distributions to Claimants:  5,114.72        Claims Discharged
                                                                                    Without Payment:  349,060.89

Total Expenses of Administration:  3,885.28

---

    3) Total gross receipts of $ 9,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 287,125.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,885.28 | 3,885.28 | 3,885.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,498.00 | 66,238.61 | 66,238.61 | 5,114.72 |
| **TOTAL DISBURSEMENTS** | $ 368,623.00 | $ 70,123.89 | $ 70,123.89 | $ 9,000.00 |

4) This case was originally filed under chapter 7 on 07/20/2016 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2017          By:/s/Zane L. Zielinski, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer to Wife | 1241-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countryhomes of Lakewood Falls, P.O. Box 7676 Hoffman Estates, IL 60179 | | 125.00 | NA | NA | 0.00 |
| | Round Point Mortgage, P.O. Box 19409 Charlotte, NC 28219 | | 157,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo, P.O. Box 10335 Des Moines, IA 50306 | | 130,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 287,125.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 13.70 | 13.70 | 13.70 |
| Associated Bank | 2600-000 | NA | 88.62 | 88.62 | 88.62 |
| United States Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 1,737.20 | 1,737.20 | 1,737.20 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 45.76 | 45.76 | 45.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,885.28** | **$ 3,885.28** | **$ 3,885.28** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central DuPage Hospital, 25 N. Windfiled Road Winfield, IL 60190 | | 500.00 | NA | NA | 0.00 |
| | DuPage Medical Group, 15921 Collections Center Drive Chicago, XX 60693 | | 196.00 | NA | NA | 0.00 |
| | New Beginnings Pediatrics, 302 Randall Geneva, IL 60134 | | 25.00 | NA | NA | 0.00 |
| | VASC Anesthesia, 2320 Dean Street Saint Charles, IL 60175 | | 91.00 | NA | NA | 0.00 |
| 1 | Valley Ambulatory Surgery Center | 7100-000 | 686.00 | 486.56 | 486.56 | 486.56 |
| 2 | Associated Bank | 7200-000 | 80,000.00 | 65,752.05 | 65,752.05 | 4,628.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 81,498.00 | $ 66,238.61 | $ 66,238.61 | $ 5,114.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-23335 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Michael Dean Poulos | | | | Date Filed (f) or Converted (c): | 07/20/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/15/2016 |
| For Period Ending: | 12/05/2017 | | | | Claims Bar Date: | 12/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1539 Coral Drive Yorkville Il 60560-0000 Kendall | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. 3117 Gloria Lane Joliet Il 60435-0000 Will | 115,000.00 | 0.00 | | 0.00 | FA |
| 3. Misc Furniture Furnishings And Electronics | 450.00 | 0.00 | | 0.00 | FA |
| 4. Misc Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Wedding Band | 200.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 24.00 | 0.00 | | 0.00 | FA |
| 7. Chase Checking Joint With Wife | 172.00 | 0.00 | | 0.00 | FA |
| 8. Chase Checking Business Account | 622.95 | 0.00 | | 0.00 | FA |
| 9. Michael Dean Consulting Corp | 0.00 | 0.00 | | 0.00 | FA |
| 10. Merrill Lynch 401K Plan | 14,770.00 | 0.00 | | 0.00 | FA |
| 11. Ameriprise Roth Ira | 15,980.82 | 0.00 | | 0.00 | FA |
| 12. Stock | 5,300.00 | 0.00 | | 0.00 | FA |
| 13. Fraudulent Transfer to Wife (u) | 0.00 | 9,000.00 | | 9,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $382,719.77 | $9,000.00 | | $9,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the Trustee's final report.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

RE PROP #         13    --    The trustee is currently proposing to settle this matter in court.

Initial Projected Date of Final Report (TFR): 06/30/2017          Current Projected Date of Final Report (TFR): 11/30/2017

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-23335 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Michael Dean Poulos | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1627 |
| | Checking |
| Taxpayer ID No: XX-XXX0188 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/24/17 | 13 | Poulos - Cashier's Check from Chase Ban | Settlement Payment | 1241-000 | $9,000.00 | | $9,000.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,990.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.93 | $8,977.07 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.35 | $8,963.72 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.90 | $8,950.82 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.31 | $8,937.51 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.29 | $8,924.22 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.84 | $8,911.38 |
| 11/17/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,663.70 | $7,247.68 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,650.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($13.70) | 2200-000 | | | |
| 11/17/17 | 5002 | United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $6,897.68 |
| 11/17/17 | 5003 | Alan D. Lasko & Associates P.C. | Distribution | | | $1,782.96 | $5,114.72 |

| | | | Page Subtotals: | | $9,000.00 | $3,885.28 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-23335 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Michael Dean Poulos | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1627 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0188 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($1,737.20) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($45.76) | 3420-000 | | | |
| 11/17/17 | 5004 | Valley Ambulatory Surgery Center 2210 Dean Street Saint Charles, Il 60175 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $486.56 | $4,628.16 |
| 11/17/17 | 5005 | Associated Bank 1305 Main St. Stevens Point, Wi 54481 | Final distribution to claim 2 representing a payment of 7.04 % per court order. | 7200-000 | | $4,628.16 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $9,000.00 | $9,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,000.00 | $9,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $9,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $0.00   $5,114.72

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1627 - Checking | $9,000.00 | $9,000.00 | $0.00 |
|  | $9,000.00 | $9,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | **$9,000.00** |
| **Total Gross Receipts:** | **$9,000.00** |

Page Subtotals:    $0.00    $0.00